UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA

-v-

TREVOR TAYLOR,

Defendant.

------------------------------------- X

22 CRIM 149

<u>SEALED ORDER</u>

22 Cr. ___ (DLC)

WHEREAS an application has been made by the United States of America, with the defendant's consent, for the temporary sealing of filings and other docket entries in the above-captioned case, and the captioning of the case as <u>United States</u> v. <u>John Doe</u> in the public docket, and

WHEREAS, the Court finds that active investigations and operations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that filings and other docket entries in the above-captioned case be filed under seal, and the case shall be captioned as <u>United States</u> v. <u>John Doe</u> in the public docket, until further order by this Court;

~~IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court;~~

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the Information and transcript of proceedings in this matter without further Order by the Court;

IT IS FURTHER ORDERED that the Government shall report to the Court on or before ~~six months after execution of this Order~~ May 6, 2022 regarding the continuing need, if any, to maintain these matters under seal.

Dated: New York, New York
       March 1, 2022

_____
THE HONORABLE DENISE L. COTE
United States District Judge
Southern District of New York