```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                -v-                      :         22cr--- (DLC)
                                         :
TREVOR TAYLOR,                           :         SEALED ORDER
                                         :
                       Defendant.        :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY

ORDERED that the defendant is scheduled to waive indictment and enter a change of plea in person in Courtroom 18B, 500 Pearl Street, on **March 8, 2022, at 3:00 PM.** In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here:**

   https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse. Individuals also must wear a N95, KN95, or KN94 mask that covers their nose

and mouth in the courthouses.  Surgical masks, cloth masks, bandannas, gaiters and masks with valves are prohibited.

SO ORDERED:

Dated:   New York, New York
         March 2, 2022

*[signature]*
DENISE COTE
United States District Judge