UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA : 22 Cr. __

v. :

TREVOR TAYLOR, :

        Defendant. : **22 CRIM 149**

------------------------------X

The above-named defendant, who is accused of violating Title 15, United States Code, Sections 78j(b), 78ff, 80b-6(4), & 80b-17; Title 17, Code of Federal Regulations, Sections 240.10b-5 & 275.206(4)-8; and Title 18, United States Code, Sections 2 & 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                               TREVOR TAYLOR
                                                               Defendant

                                                               Witness

                                                               Jonathan Streeter, Esq.
                                                               Anthony Kelly, Esq.
                                                               Counsel for Defendant

Date: March 8, 2022