

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**JONATHAN STREETER**

jonathan.streeter@dechert.com
+1 212 698 3826 Direct
+1 212 314 0049 Fax

April 7, 2022

**FILED UNDER SEAL**
**BY EMAIL**

Hon. Denise L. Cote, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007-1312
CoteNYSDChambers@nysd.uscourts.gov

Re: *United States v. Trevor L. Taylor*, No. 1:22-cr-00149 (DLC) (UNDER SEAL)

Dear Judge Cote:

I write on behalf of defendant Trevor L. Taylor to request a 45-day extension of time for Mr. Taylor to post the property securing his personal recognizance bond, which is currently due on April 7, 2022.

Mr. Taylor appeared before Your Honor on March 8, 2022, and pleaded guilty to a three-count information in a proceeding under seal. At the conclusion of that proceeding, Mr. Taylor and the U.S. Attorney's Office jointly proposed that the following bail conditions:

- $5 million personal recognizance bond, secured by $500,000 of property, with 30 days for Mr. Taylor to post the securing property;

- Surrender of Mr. Taylor's travel documents, with no new applications; and

- Travel limited to the United States, with prior notice to Pretrial Services if Mr. Taylor travels outside of the Southern District of Florida, the Southern District of New York, or points in between.

(Plea Hr'g Tr. at 21:3–22:11, Mar. 8, 2022.) We respectfully request a 45-day extension of Mr. Taylor's time to post the property securing his personal recognizance bond because, in order to secure the necessary $500,000 in equity required by the Court's order granting bail, Mr. Taylor will be required to complete a sale of one property (which is currently under contract, but has not yet closed) and refinance the existing loan on another property owned by Mr. Taylor.



**FILED UNDER SEAL**

We have discussed this request with the U.S. Attorney's Office, and the U.S. Attorney's Office does not object to the request. Moreover, the U.S. Attorney's Office has indicated that to the extent posting of property by Mr. Taylor requires the public filing of any documents, it also request that those documents not be filed until 45 days from now in order to avoid any public disclosure of the criminal case against Mr. Taylor. Accordingly, this request is consistent with that request by the Government. With the requested 45-day extension, the new deadline for Mr. Taylor to post the property securing his personal recognizance bond would be Monday, May 23, 2022.

We very much appreciate the Court's consideration of this request.

Respectfully submitted,

s/ Jonathan Streeter

Jonathan Streeter

cc: AUSA Gina Castellano, Gina.Castellano@usdoj.gov
AUSA Margaret Graham, Margaret.Graham@usdoj.gov
AUSA Nicholas Folly, Nicholas.Folly@usdoj.gov
AUSA Richard Cooper, Richard.Cooper@usdoj.gov
Pretrial Services Officer Viosanny Harrison, viosanny_harrison@nyspt.uscourts.gov

Granted.
*Denise Cote*
4/8/22