

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 4, 2022

**BY ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Trevor Taylor*, 22 Cr. 149 (DLC)

Dear Judge Cote:

The Government writes to respectfully request an adjournment of the sentencing control date of September 9, 2022 in the above-referenced case. The Government currently expects that Trevor Taylor, the defendant, who pled guilty pursuant to a cooperation plea agreement, will testify in the trial, if any, in *United States v. Gregoire Tournant*, 22 Cr. 276 (LTS). Chief Judge Swain has not yet set a trial date in the *Tournant* case. Accordingly, the Government requests that the sentencing control date be adjourned for approximately six months, until March 9, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s
Gina Castellano
Assistant United States Attorney
(212) 637-2224

*Granted.*
*Denise Cote*
*8/11/22*