

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 9, 2023

**BY ECF**
The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Trevor Taylor*, **22 Cr. 149 (DLC)**

Dear Judge Cote:

The Government writes to respectfully request an adjournment of the sentencing control date of March 9, 2023 in the above-captioned case. The Government currently expects that Trevor Taylor, the defendant, who pled guilty pursuant to a cooperation plea agreement, will testify in the trial, if any, in *United States v. Gregoire Tournant*, 22 Cr. 276 (LTS). Trial in that case is currently set to begin on February 5, 2024. Accordingly, the Government requests that the sentencing control date be adjourned until June 5, 2024, to allow sufficient time for the Tournant trial and the post-trial preparation of Taylor's presentence investigation report. If Tournant's case is resolved through a pretrial disposition, the Government will promptly notify the Court and request an earlier sentencing date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ___/s_____
Nicholas Folly
Assistant United States Attorney
(212) 637-1060

*Granted. Status letter is due 3/1/24.*

*Denise Cote*
*3/10/23*