

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 6, 2024

**By CM/ECF**
Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Trevor Taylor</u>, 22 Cr. 149 (DLC)

Dear Judge Cote:

    I write to advise the Court that I am leaving the U.S. Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you for the Court's consideration.

                                 Respectfully submitted,

                                 DAMIAN WILLIAMS
                                 United States Attorney

                          By: /s/
                              Margaret Graham
                              Assistant United States Attorney
                              Tel: (212) 637-2923

cc: Counsel of record (by ECF)

*Granted.*

*[signature]*
*10/8/24*