UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
 :
UNITED STATES OF AMERICA,                :
                                         :     22cr149(DLC)
            -v-                          :
                                         :        ORDER
TREVOR TAYLOR,                           :
                    Defendant.           :
                                         :
-----------------------------------------X

DENISE COTE, District Judge:

   Having received the Government's letter of November 1, 2024, it is hereby

   ORDERED that the United States Probation Office shall prepare a Presentence Investigation Report for the defendant. Counsel for the defendant shall arrange to have the defendant interviewed by the Probation Department within two weeks of this Order.

   IT IS FURTHER ORDERED that sentence is scheduled for **February 7, 2025** at **11:00 AM** in Courtroom 18B, 500 Pearl Street.

   IT IS FURTHER ORDERED that any Government submissions regarding sentence shall be due **January 24,** and the defendant's submissions shall be due **January 31**. One courtesy copy shall be sent to Chambers on the date of filing.

Dated:   New York, New York
         November 1, 2024

                                  _____
                                           DENISE COTE
                                  United States District Judge