```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :      22cr149(DLC)
            -v-                         :
                                        :         ORDER
TREVOR TAYLOR,                          :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of January 23, 2025, it is hereby

ORDERED that the sentence in this matter is adjourned to **February 20, 2025** at **3:00 PM** in Courtroom 18B, 500 Pearl Street. There shall be no further adjournments.

IT IS FURTHER ORDERED that any Government submissions regarding sentence shall be due **February 7**, and the defendant's submissions shall be due **February 14**. One courtesy copy shall be sent to Chambers on the date of filing.

Dated:   New York, New York
         January 24, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge