UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

TREVOR TAYLOR,

Defendant.

22cr149(DLC)

ORDER

DENISE COTE, District Judge:

On June 4, 2026, the Court received an application from the defendant dated May 29, 2026, requesting early termination of his supervised release. The Government having taken no position on the application, it is hereby

ORDERED that the defendant's motion is granted and his term of supervised release is terminated.

Dated: New York, New York
August 11, 2026

DENISE COTE
United States District Judge